**In re MERION PUBLICATIONS, INC.**

**No. 03–1224.**

United States Court of Appeals,
Federal Circuit.

DECIDED: Oct. 14, 2003.

Before MAYER, Chief Judge,
CLEVENGER and SCHALL, Circuit
Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**J.B. STEPHENS, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.**

**No. 03–7043.**

United States Court of Appeals,
Federal Circuit.

DECIDED: Oct. 14, 2003.

Before MAYER, Chief Judge, MICHEL
and BRYSON, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.